# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                      CASE NO. 3:03CR48 LAC

LAURIE R. BENKE, II

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on    February 8, 2008
Motion/Pleadings: MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE
Filed by DEFENDANT PRO SE on 2/7/08    Doc.# 44

RESPONSES:
BY GOVERNMENT     on 2/8/08    Doc.# 45
                            on    Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed     _____ Consented

                                                   WILLIAM M. McCOOL, CLERK OF COURT

                                                   *s/Mary Maloy*
LC (1 OR 2)                            Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of February 2008, that:*

*(a) The relief requested is **DENIED.***

*(b)*

                                                     *s/L.A. Collier*
                                                     **LACEY A. COLLIER**
                                              *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.