# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                     CASE NO.  3:03cr48LAC

LAURIE R. BENKE, II

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on  February 28, 2008

Motion/Pleadings:  RESPONSE TO THE GOVERNMENT'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Filed by  DEFENDANT PRO SE            on 2/20/2008            Doc.# 47

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.

_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

_____

*s/Mary Maloy*

LC (1 OR 2)                    Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 4th day of March, 2008, that:*

*Motion for Early Termination of Supervised Release was denied (doc. 46) on 13 February 2008.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*Senior United States District Judge*

Entered On Docket: _____ By: ____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____
_____
_____

Document No.