# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                          CASE NO.  3:03cr48 LAC

LAURIE R. BENKE, II

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on __FEBRUARY 17, 2009__
Motion/Pleadings: __MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE__
Filed by __DEFENDANT PRO SE__ on __2/6/09__ Doc.# __49__

RESPONSES:
__BY GOVERNMENT__ on __2/17/09__ Doc.# __50__
_____ on _____ Doc.# _____

____ Stipulated  ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)           Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 17th day of February, 2009, that:*

*(a) The relief requested is **DENIED**.*

*(b) The Court will not consider early termination unless it is brought forward by the supervising probation officer.*

                                                      *s/L.A. Collier*
                                                      **LACEY A. COLLIER**
                                      *Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.